UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
CASE MANAGEMENT CONFERENCE
MINUTE SHEET

DCM FORM NO. 7
1/1/92

CASE MANAGEMENT CONFERENCE HELD BEFORE **JUDGE DONALD C. NUGENT** ON **AUGUST 28, 2018**
JUDICIAL OFFICER

Monode Marking Products, Inc.,
    Plaintiff(s),
v.

Columbia Marking Tools, Inc.,
    Defendant(s).

CASE NO. **1:18 CV 16**

JUDGE: **DONALD C. NUGENT**

DO YOU CONSENT TO THE JURISDICTION OF A MAGISTRATE JUDGE?    YES ☐    NO ☒

TRACK DESIGNATION:
Administrative ☐    Expedited ☐    Standard ☒    Complex ☐    Mass Torts ☐

CASE REFERRED TO ALTERNATIVE DISPUTE RESOLUTION: YES ☐ NO ☒
IF YES, BY WHICH ADR PROCESSES:

Early Neutral Evaluation ☐    Mediation ☐    Arbitration ☐    Summary Jury Trial ☐    Summary Bench Trial ☐

ADR PROCESS TO BE COMPLETED BY: _____

DISCOVERY TYPE AND EXTENT: Claim Construction discovery to take place 1st

DISCOVERY CUT OFF DATE: 3/1/19

MOTIONS CUT OFF DATE: TBD

CASE STATUS HEARING SCHEDULED FOR: 2/26/19 @ 9:00AM

NOTES: CMC held w/ all counsel present. Planning rpt. filed. Patent infringement claim. Court to adopt schedule set forth in Planning Report –

Length of Proceeding: 25 MIN

_____
DISTRICT JUDGE