UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| Monode Marking Products, Inc. | ) | Case No. 1:18-cv-00016-DCN |
|---|---|---|
| Plaintiff, | ) | Judge Donald C. Nugent |
| v. | ) | |
| Columbia Marking Tools, Inc. | ) | |
| Defendant. | ) | |

### Motion to Extend Deadlines

Monode Marking Products, Inc. ("Monode") respectfully moves the Court to extend all post-claim construction case deadlines, as follows:

| Event | LPR | Original Deadline | Proposed Deadline |
|---|---|---|---|
| Close of Fact Discovery; Status Conference | 4.7 | October 28, 2019 | February 25, 2020 |
| Final Infringement Contentions | 3.10(b) | October 14, 2019 | February 11, 2020 |
| Final Noninfringement, Invalidity and Unenforceability Contentions | 3.10(c) | October 28, 2019 | February 25, 2020 |
| Plaintiff's Final Validity and Enforceability Contentions | 3.10(d) | November 12, 2019 | March 11, 2020 |
| Initial Expert Witness Disclosures | 5.1(b) | November 26, 2019 | March 25, 2020 |
| Rebuttal Expert Witness Disclosures | 5.1(c) | December 26, 2019 | April 24, 2020 |
| Completion of Expert Witness Depositions | 5.2 | February 4, 2020 | June 3, 2020 |
| Dispositive Motion Deadline | 6.1 | February 14, 2020 | June 13, 2020 |
| Last Day to Conduct Trial | 6.2 | April 30, 2020 | August 28, 2020 |

Monode and Columbia Marking Tools, Inc. ("CMT") agreed on October 8, 2019, to jointly request extension of all post-claim construction deadlines. Subsequently, however, CMT has refused to jointly move to extend Monode's final infringement contention deadline on the basis that, notwithstanding the parties' agreement, the parties did not file a formal motion for extension before that deadline passed. But at the same time, CMT similarly let its own

{8446649: }