IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| Monode Marking Products, Inc. | Case No. 1:18-cv-00016-DCN |
|---|---|
| Plaintiff, | |
| v. | **[PROPOSED] SCHEDULING ORDER** |
| Columbia Marking Tools, Inc., | |
| Defendant. | |

Having considered the parties Joint Status Report (ECF #45), and finding good cause to extend the deadlines for fact discovery, expert discovery, dispositive motions and trial in this case, it is so ordered that the deadlines are extended as follows:

| Event | LPR | Current Deadline | Proposed Amended Deadline |
|---|---|---|---|
| Close of Fact Discovery; Status Conference | 4.7 | February 25, 2020 | June 30, 2020 |
| Initial Expert Witness Disclosures | 5.1(b) | March 25, 2020 | July 31, 2020 |
| Rebuttal Expert Witness Disclosures | 5.1(c) | April 24, 2020 | August 28, 2020 |
| Completion of Expert Witness Depositions | 5.2 | June 3, 2020 | October 9, 2020 |
| Deadline to File Dispositive Motions | 6.1 | June 13, 2020 | October 26, 2020 |
| Last Day to Conduct Trial | 6.2 | August 28, 2020 | _____ |

The parties shall complete their outstanding fact discovery and, absent a showing of good cause, shall not propound new discovery requests beyond what they served as of the date of the Joint Status Report. IT IS SO ORDERED.

Dated: _____   _____
The Honorable Donald C. Nugent
United States District Court Judge

{8702402:2}   1

010-8874-4493/1/AMERICAS