IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Monode Marking Products, Inc.<br><br>Plaintiff,<br><br>v.<br><br>Columbia Marking Tools, Inc.,<br><br>Defendant. | Case No. 1:18-cv-00016-DCN<br><br>**SCHEDULING ORDER** |

Having considered the parties Joint Status Report (ECF #58), and finding good cause to extend the deadlines for fact discovery, expert discovery, dispositive motions and trial in this case, it is so ordered that the deadlines are extended as follows:

| Event | LPR | Current Deadline | Proposed Amended Deadline |
|---|---|---|---|
| Close of Fact Discovery; Status Conference | 4.7 | June 30, 2020 | August 31, 2020 |
| Initial Expert Witness Disclosures | 5.1(b) | July 31, 2020 | September 30, 2020 |
| Rebuttal Expert Witness Disclosures | 5.1(c) | August 28, 2020 | October 28, 2020 |
| Completion of Expert Witness Depositions | 5.2 | October 9, 2020 | December 9, 2020 |
| Deadline to File Dispositive Motions | 6.1 | October 26, 2020 | January 15, 2021 |
| Last Day to Conduct Trial | 6.2 | Not set | _____ |

The parties shall complete their outstanding fact discovery and, absent consent or a showing of good cause, shall not propound new discovery requests beyond what they served as of the date of their June 30, 2020 Joint Status Report.  IT IS SO ORDERED.

Dated: July 1, 2020

_____
The Honorable Donald C. Nugent
United States District Court Judge