## MINUTES OF PROCEEDINGS NORTHERN DISTRICT OF OH

| | |
|---|---|
| Monode Marking Products, Inc.,<br><br>    Plaintiff(s),<br>v.<br><br>Columbia Markinge Tools, Inc.,<br><br>    Defendant(s). | Date: February 22, 2022<br><br>Judge Donald C. Nugent<br><br>Court Reporter:<br><br>Case Number: 1:18 CV 16 |

Status conference held; both parties represented. Parties indicate that they have reached a final agreement. Court to issue a dismissal. Parties will have ninety days to complete payments required by agreement.

Length of Proceeding: 10 MIN.

United States District Judge [signed] 2/22/22